

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2021

No. 04-21-00077-CV

**ESTATE OF CARLOS Y. BENAVIDES, JR., DECEASED,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

On March 5, 2021, appellant Leticia Benavides filed an emergency motion to stay a March 9, 2021 hearing in cause number 2020-PB7-000138-L-1. After consideration, we temporarily GRANT appellant's motion and ORDER the March 9, 2021 hearing in cause number 2020-PB7-000138-L-1 stayed pending further order of this court. We ORDER appellee Linda Cristina Benavides Alexander to file a response to appellant's emergency motion to stay by March 19, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court